BEAMAN WILSON v. THE STATE.

No. 6961.  Decided May 10, 1922.

Robbery—Statement of Facts—Bills of Exception.

In the absence of a statement of facts and bills of exception, the indictment being in due form, and other proceedings being regular, the judgment is affirmed.

Appeal from the Criminal District Court of Harris.  Tried below before the Honorable C. W. Robinson.

Appeal from a conviction of robbery by assault and violence; penalty, fifty years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

R. G. *Storey,* Assistant Attorney General, and E. T. *Branch,* District Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the Criminal Disrict Court of Harris county of robbery, and his punishment fixed at fifty years in the penitentiary.

The record is before us without bills of exception or statement of facts.  The indictment is in due form charging robbery by means of an assault and violence.  We have examined the charge of the court

which seems to submit the law for the State and also fairly for appellant.

Finding no error in the record, the judgment of the trial court will be affirmed.

*Affirmed.*